UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE GRAND JURY SUBPOENA    :    No. 3:23MJ 724 (MEG)
                             :
                             :

## NON-DISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding that Google, Inc. ("Provider"), being an electronic communication service provider and/or a remote computing service, may not notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of grand jury subpoena N-22-1-76(19) **until August 18, 2024 absent further order from the Court**.

The Court determines that there is reason to believe that notification of the existence of the Subpoena, which has not been reviewed by the Court, will seriously jeopardize the investigation, including by giving subjects of the investigation an opportunity to flee prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until **August 18, 2024** absent further order from the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

It is so ordered this   18   day of August, 2023, at New Haven, Connecticut.

_____
HONORABLE MARIA E. GARCIA
United States Magistrate Judge